### 7705.  SOLOMON v. THE STATE.

BROYLES, J.  1.  The evidence authorized the jury to find that the princi-
pal witness for the prosecution was not an accomplice of the defendant.
Therefore, in order legally to convict the accused, corroboration of the
testimony of this witness was not necessary.
2. Under the facts of the case there is no merit in any of the grounds of
the amendment to the motion for a new trial.
3. The evidence authorized the verdict, and the court did not err in refus-
ing to grant a new trial.          *Judgment affirmed.*

DECIDED OCTOBER 31, 1916.

Indictment for larceny; from Washington superior court—Judge
Kent.  June 13, 1916.

*Evans & Evans,* for plaintiff in error.

*R. Lee Moore, solicitor-general,* contra.